604 A.2d 700

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Stephen J. DEVINE, Respondent.

No. 796 Disciplinary Docket No. 2.

Supreme Court of Pennsylvania.

Argued Jan. 23, 1992.

Decided Feb. 14, 1992.

John Rogers Carroll, Philadelphia, for respondent.

Suzy S. Moore, Asst. Disciplinary Counsel, for petitioner.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Rule to Show Cause entered by this Court on February 28, 1991, is discharged.  It is hereby ORDERED that respondent be and he is suspended from the Bar of this Commonwealth for a period of three years, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.  It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.